UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| STEVE CANNON, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO.: |
| | § | 5:15-CV-106 |
| AECOM TECHNOLOGY CORPORATION | § | |
| F/K/A URS CORPORATION, | § | |
| | § | |
| DEFENDANT. | | |

**INDEX OF STATE COURT DOCUMENTS**

| DATE FILED: | DOCUMENT: |
|---|---|
| 05/27/2015 | Document 1 – Court Docket |
| 05/27/2015 | Document 2 – Original Petition and Jury Demand |
| 05/27/2015 | Document 3 – Civil Case Information Sheet |
| 05/28/2015 | Document 4 – Issued Citation |
| 06/02/2015 | Document 5 – Return of Citation with Receipt |
| 06/24/2015 | Document 6 – Certified Case Summary |

```
                    JUDGE LEON PESEK, JR.
                    202ND DISTRICT COURT
                       COURT DOCKET


15C0681-202                      05/27/15
STEVE CANNON
 VS.
AECOM TECHNOLOGY CORPORATION
Injury or Damage - Other


PLAINTIFF ATTY:                  STEVE HARRELSON
DEFENDANT ATTY:
```

| DATE OF ORDERS | ORDERS OF COURT |
|---|---|
|  |  |

A CERTIFIED COPY
ATTEST: BILLY FOX
District Clerk, Bowie County, Texas
6-24                 20 15
BY _Debora Fnd_
           DEPUTY



Filed 5/27/2015 1:12:31 PM
Billy Fox
District Clerk
Bowie County, Texas
Karen Raney, Deputy

NO. 15C0681-202

| | | |
|---|---|---|
| STEVE CANNON<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | ____ JUDICIAL DISTRICT |
| AECOM TECHNOLOGY<br>CORPORATION f/k/a URS<br>CORPORATION<br>Defendant. | §<br>§<br>§<br>§ | OF BOWIE COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Steve Cannon, hereinafter called Plaintiff, complaining of and about AECOM Technology Corporation f/k/a URS Corporation, hereinafter called Defendant, and for cause of action shows unto the Court the following:

### I. DISCOVERY CONTROL PLAN LEVEL

1.  Plaintiff intends that discovery be conducted under Discovery Level 2.

### II. PARTIES AND SERVICE

2.  Plaintiff, Steve Cannon, is an Individual whose address is 295 CR 1104, Maud, Bowie County, Texas 75567.

3.  The last three numbers of Steve Cannon's social security number are 537.

4.  Defendant AECOM Technology Corporation f/k/a URS Corporation, a Nonresident Corporation, may be served pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code by serving the registered agent of the corporation, CT Corporation System, 1999 Bryan Street, Ste. 900, Dallas, Texas 75201, its registered

office. Service of said Defendant as described above can be effected by certified mail, return receipt requested. Defendant is incorporated under the laws of Delaware. Defendant has its principal place of business in Los Angeles, California.

5. Defendant completed its acquisition of URS Corporation on October 16, 2014.

### III. JURISDICTION AND VENUE

6. The subject matter in controversy is within the jurisdictional limits of this court and is well in excess in the minimum requirements to establish diversity jurisdiction, exclusive of interest and costs.

7. Plaintiff seeks monetary relief over $200,000.

8. This court has jurisdiction over Defendant AECOM Technology Corporation f/k/a URS Corporation, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over AECOM Technology Corporation f/k/a URS Corporation will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

9. Plaintiff would show that Defendant AECOM Technology Corporation f/k/a URS Corporation had continuous and systematic contacts with the state of Texas sufficient to establish general jurisdiction over said Defendant.

10. Furthermore, Plaintiff would show that Defendant AECOM Technology Corporation f/k/a URS Corporation engaged in activities constituting business in the state

of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant committed a tort in whole or in part in Texas.

11. Venue in Bowie County is proper in this cause, as all acts and omissions giving rise to this cause of action occurred in Bowie County, Texas.

## IV. FACTS

12. On October 9, 2013, Plaintiff was working as an employee of Red River Army Depot in Bowie County, Texas.

13. Also on October 9, 2013, Harold Henry Gennings, Jr. (hereinafter "Gennings") was working in the course and scope of his employment as an employee of URS Corporation, which, at the time, was a U.S. federal government contractor. Therefore, all of his actions and omissions are imputed to his employer by virtue of the doctrine of *Respondeat Superior*.

14. On October 9, 2013, Plaintiff was working on the exterior of an Armored Security Vehicle in which Gennings was stationed in the driver's seat, maintaining a steady position of the tank for the Plaintiff. Gennings, while looking at his phone and not maintaining a proper lookout, allowed the vehicle to roll forward unintentionally, and then, after realizing what was occurring, abruptly hit the brake pedal, flinging the Plaintiff off the Armored Security Vehicle approximately 10 feet to the ground, causing severe bodily injury.

15. The actions of Gennings were a proximate cause of the Plaintiff's injuries, and the Plaintiff sustained severe damage to his left foot, which included a left calcaneal fracture and comminuted fracture of the left calcaneus, with depression of the joint and

overall malalignment. The Plaintiff also incurred a sural nerve deficit, and his left leg is now shorter than the right leg, all as a proximate and direct result of the acts complained of herein.

16. Subsequent to the acts complained of herein, URS Corporation was acquired by the Defendant, which took place on October 16, 2014.

## V. STEVE CANNON'S CLAIM FOR NEGLIGENCE

17. Plaintiff will show the Court that the acts and omissions of negligence of Gennings, imputed to his employer, as set out herein, separately and collectively, were a direct and proximate cause of the incident in question and resulting injuries and damages sustained by Plaintiff.

18. Gennings, and therefore Defendant, had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

19. Plaintiff's injuries were proximately caused by Defendant's employee's negligent, careless and reckless disregard of said duty.

20. The negligent, careless and reckless disregard of duty of Defendant's employee consisted of, but is not limited to, the following acts and omissions:

    A. Failing to maintain a proper lookout as an ordinary, prudent person when Plaintiff relied on the actions of the Defendant's employee to maintain stability of the Armored Security Vehicle;

    B. Failing to maintain attentiveness as an ordinary, prudent person when the Plaintiff relied on him for safety;

    C. Allowing the vehicle on which the Plaintiff was standing to roll forward in direct violation of instructions given to him; and

- 4 -

        D.    Abruptly applying the brake on the Armored Security Vehicle on which the Plaintiff was standing.

## VI: RESPONDEAT SUPERIOR

21.    At the time of the accident described above, Gennings was the agent, servant and employee of Defendant and was acting within the course and scope of his authority as such agent, servant and employee. As such, Defendant is vicariously liable under the doctrine of *Repondeat Superior* for all of Genning's actions.

## VII. DAMAGES FOR PLAINTIFF, STEVE CANNON

22.    As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Steve Cannon, was caused to suffer severe injury to his left foot, which included a left calcaneal fracture and comminuted fracture of the left calcaneus, with depression of the joint and overall malalignment. The Plaintiff also incurred a sural nerve deficit, and his left leg is now shorter than the right leg, and he incurred the following damages:

        A.    Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Steve Cannon for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Bowie County, Texas;

        B.    Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

        C.    Physical pain and suffering in the past;

        D.    Physical pain and suffering in the future;

        E.    Physical impairment in the past;

F.   Physical impairment which, in all reasonable probability, will be suffered in the future;

G.   Loss of earnings in the past;

H.   Loss of earning capacity which will, in all probability, be incurred in the future;

I.   Disfigurement in the past;

J.   Disfigurement in the future;

K.   Mental anguish in the past;

L.   Mental anguish in the future; and

M.   Cost of medical monitoring and prevention in the future.

## VIII. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Steve Cannon, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully Submitted:

HARRELSON LAW FIRM, P.A.
Post Office Box 40 (75504)
300 State Line Avenue
Texarkana, Arkansas 71854
Tel.: (870) 772-0300
Fax: (870) 772-0302
E-Mail: steve@harrelsonfirm.com

BY: *Steve Harrelson*
Steve Harrelson
Ark. Bar No. 2000086
La. Bar Roll No. 28361
Tex. Bar No. 24036729

ATTORNEYS FOR PLAINTIFF

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

- 7 -

A CERTIFIED COPY
ATTEST: BILLY FOX
District Clerk, Bowie County, Texas
June 24, 2015
BY _____ DEPUTY

Filed 5/27/2015 1:12:31 PM
Billy Fox
District Clerk
Bowie County, Texas
Karen Raney, Deputy

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: **15C0681-202**   COURT *(FOR CLERK USE ONLY)*: _____

STYLED **Steve Cannon v. AECOM Technology Corporation F/K/a URS Corporation**
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones, In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: **Steve Harrelson** | Email: **steve@harrelsonfirm.com** | Plaintiff(s)/Petitioner(s): **Steve Cannon** | ☑ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: ____ |
| Address: **300 State Line Ave** | Telephone: **870/772-0300** | | Additional Parties in Child Support Case: |
| City/State/Zip: **Texarkana, AR 71854** | Fax: **870/772-0302** | Defendant(s)/Respondent(s): **AECOM Technology Corporation F/K/a URS Corporation** | Custodial Parent: ____<br>Non-Custodial Parent: ____ |
| Signature: *Steve Harrelson* | State Bar No: **24036729** | [Attach additional page as necessary to list all parties] | Presumed Father: ____ |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract: ____<br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: ____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability<br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product: ____<br>☑ Other Injury or Damage: **Personal Injury** | ☐ Eminent Domain/Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: ____<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—Pre-indictment<br>☐ Other: ____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br>**Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: ____ | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: ____ |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: ____ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: ____ | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: ____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☑ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

CERTIFIED COPY
ATTEST: BILLY FOX
District Clerk, Bowie County, Texas
June 24, 2015
BY *A.J. Chapman*
DEPUTY

Rev 2/13

CITATION BY MAILING
THE STATE OF TEXAS
CAUSE NO: 15C0681-202
STYLE: STEVE CANNON
VS.
AECOM TECHNOLOGY CORPORATION

TO: AECOM TECHNOLOGY CORPORATION
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

**DEFENDANT in the above styled and numbered cause:**

**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the ORIGINAL PETITION W/JURY DEMAND (OCA) in the above styled and numbered cause, which was filed on MAY 27, 2015 in the District Court of Bowie County, New Boston, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the ON THIS THE 28TH DAY OF MAY, 2015.

**ADDRESS OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF:**

STEVE HARRELSON
P O BOX 40
300 STATE LINE AVE
TEXARKANA TX 75504



**BILLY FOX
BOWIE COUNTY DISTRICT CLERK
710 JAMES BOWIE DRIVE
NEW BOSTON, TEXAS 75570**

/s/ KAREN RANEY
DEPUTY

**CM# 9214 8901 0661 5400 0059 2831 15**

================================================================================

OFFICER'S RETURN BY MAILING

Came to hand on the 28th day of May, 2015, and executed by mailing to the defendant certified mail, return receipt requested with restricted delivery a true copy of this citation together with an attached copy of ORIGINAL PETITION W/JURY DEMAND (OCA) to the following address:

AECOM TECHNOLOGY CORPORATION
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

Service upon the Defendant is evidenced by the return receipt incorporated herein and attached hereto, signed by

_____ and dated

_____

THIS CITATION WAS NOT EXECUTED FOR THE FOLLOWING REASON:

_____

_____

To certify which witness by hand officially

FEE FOR SERVING $60.00    BILLY FOX, DISTRICT CLERK

BY _____ DEPUTY

A CERTIFIED COPY
ATTEST: BILLY FOX
District Clerk, Bowie County, Texas
June 24 20 15
BY _____
DEPUTY

CITATION BY MAILING
THE STATE OF TEXAS
CAUSE NO: 15C0681-202
STYLE: STEVE CANNON
VS.
AECOM TECHNOLOGY CORPORATION

2015 JUN -2 PM 1:15

TO: AECOM TECHNOLOGY CORPORATION
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

**DEFENDANT** in the above styled and numbered cause:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Attached is a copy of the ORIGINAL PETITION W/JURY DEMAND (OCA) in the above styled and numbered cause, which was filed on MAY 27, 2015 in the District Court of Bowie County, New Boston, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the ON THIS THE 28TH DAY OF MAY, 2015.

**ADDRESS OF PLAINTIFF OR
ATTORNEY FOR PLAINTIFF:**

STEVE HARRELSON
P O BOX 40
300 STATE LINE AVE
TEXARKANA TX 75504



**BILLY FOX
BOWIE COUNTY DISTRICT CLERK
710 JAMES BOWIE DRIVE
NEW BOSTON, TEXAS 75570**

/s/ KAREN RANEY
**DEPUTY**

CM# 9214 8901 0661 5400 0059 2831 15
================================================================================

OFFICER'S RETURN BY MAILING

Came to hand on the 28th day of May, 2015, and executed by mailing to the defendant certified mail, return receipt requested with restricted delivery a true copy of this citation together with an attached copy of ORIGINAL PETITION W/JURY DEMAND (OCA) to the following address:

AECOM TECHNOLOGY CORPORATION
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

Service upon the Defendant is evidenced by the return receipt incorporated herein and attached hereto, signed by

_Chris Wette_ and dated 6/1/15

THIS CITATION WAS NOT EXECUTED FOR THE FOLLOWING REASON:

To certify which witness by hand officially
BILLY FOX, DISTRICT CLERK
BY _____ DEPUTY

FEE FOR SERVING $60.00

A CERTIFIED COPY
ATTEST: BILLY FOX
District Clerk, Bowie County, Texas
June 24, 20 15
BY _____
DEPUTY

**UNITED STATES POSTAL SERVICE.**



Date: June 1, 2015

MAIL MAIL:

The following is in response to your June 1, 2015 request for delivery information on your Certified Mail™/RRE item number 9214890106615400005928 3115. The delivery record shows that this item was delivered on June 1, 2015 at 9:17 am in DALLAS, TX 75201. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

15C0681-202
AECOM TECHNOLOGY CORPORATION
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3140

A CERTIFIED COPY
ATTEST: BILLY FOX
District Clerk, Bowie County, Texas
June 24, 20 15
BY _____
DEPUTY

# 202ND DISTRICT COURT
# CASE SUMMARY
## CASE NO. 15C0681-202

| | | |
|---|---|---|
| STEVE CANNON<br>vs.<br>AECOM TECHNOLOGY CORPORATION | § § § § | Location: **202nd District Court**<br>Judicial Officer: **Pesek, Leon, Jr.**<br>Filed on: **05/27/2015** |

### CASE INFORMATION

Case Type: **Injury or Damage - Other**
Case Flags: **Jury Demand**

| DATE | CASE ASSIGNMENT | |
|---|---|---|
| | **Current Case Assignment**<br>Case Number    15C0681-202<br>Court    202nd District Court<br>Date Assigned    05/27/2015<br>Judicial Officer    Pesek, Leon, Jr. | |

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Plaintiff | CANNON, STEVE | **HARRELSON, STEVE**<br>*Retained*<br>870-772-0300(W) |
| Defendant | AECOM TECHNOLOGY CORPORATION | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/27/2015 | Court Docket | |
| 05/27/2015 | Original Petition w/Jury Demand (OCA) | |
| 05/27/2015 | Civil Case Information Sheet | |
| 05/28/2015 | Issue | |
| 05/28/2015 | **Citation by Certified Mail**<br>AECOM TECHNOLOGY CORPORATION<br>Served: 06/01/2015<br>Response Due: 06/22/2015 | |
| 06/02/2015 | Return Receipt C/M<br>*AECOM TECHNOLOGY CORP (SERVED) C/M* | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff** CANNON, STEVE<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 6/24/2015** | 367.00<br>367.00<br>**0.00** |

A CERTIFIED COPY
ATTEST: BILLY FOX
District Clerk, Bowie County, Texas
6-24             20 15
BY _____ DEPUTY