IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

STEVE CANNON                              )
                                          )
VS.                                       )        CIVIL ACTION NO.:  5:15-cv-106
                                          )
AECOM TECHNOLOGY CORPORATION              )

## MEDIATION REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

On June 15, 2016  the above referenced case was mediated before John R. Mercy, Mediator.

The parties attended and after extensive negotiations were able to reach a settlement.

Respectfully submitted,


   /s/ John R. Mercy
John R. Mercy
Texas State Bar No. 13947200
MERCY ✶ CARTER ✶ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX  75503
Telephone:  (903) 794-9419
Facsimile:  (903) 794-1268
E-mail:  jmercy@texarkanalawyers.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through electronic notice provided by the United States District Court for the Eastern District of Texas under Loc. R. E.D. Tex. 5(a)(3)(A) on this 15th day of June, 2016.


   /s/ John R. Mercy
John R. Mercy